IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                                          Civil Action No. 2:10-CV-185

TARA D. MANON-MATUSZKY,

    Defendant.

## JUDGMENT

AND NOW, to wit, this 19th day of April, 2010, after presentation and consideration of the foregoing Motion Upon Default for Judgment in Mortgage Foreclosure and for Deficiency Judgment, heretofore filed by the Plaintiff, United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Judgment by Default is hereby entered against Defendant, Tara D. Manon-Matuszky, for failure of answer and in favor of Plaintiff, United States of America, as follows:

| | |
|---|---|
| (a) Principal and advances | $ 114,602.08 |
| (b) Interest through 2/3/10 at the daily rate of $20.1386 | $ 14,177.22 |
| (c) Interest from 2/4/10 through 4/13/10 at the daily rate of $20.1386 | $ 1,389.56 |
| (d) Interest Credit Subject to Recapture | $ 13,642.50 |
| (e) Attorney fees | $ 950.00 |
| (f) Penalty | $ 828.38 |
| TOTAL | $145,589.74 |

together with interest at 6.375% per annum to the date of Judgment, plus interest accruing from the date of Judgment at the legal rate and costs.

It is further ORDERED that the subject property hereby shall be and is exposed for the purpose of satisfying Plaintiff's Judgment.

It is further ORDERED that Plaintiff shall be paid the amount adjudged due Plaintiff with interest thereon to the time of such payment, together with costs of this action and the expenses of sale.

_____
United States District Court Judge